## Schu et ux. *v.* Pittsburgh, Appellant.

Argued March 24, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*Bennett Rodgers,* Assistant City Solicitor, with him *Wm. Alvah Stewart,* City Solicitor, for appellant.

*Harry Diamond,* for appellee.

PER CURIAM, April 14, 1941:

The judgments are affirmed on the opinion of the Superior Court.